610

Charles F. Alexander, appellant, v. State Savings Bank and Trust Company et al., defendants. Appeal of Charles F. Alexander, appellant, v. Liberty National Bank of Chicago, appellee. Gen. No. 39,195.

Opinion filed February 15, 1937.

Frank O. Hilburn, for appellant. Wilhartz & Hirsch, for appellee; Jack A. Diamond and Eugene H. Nirdlinger, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

People ex rel. Helen Fleming Czachorski, appellant, v. Barbara Anna Fisher, appellee. Gen. No. 39,136.

Opinion filed February 15, 1937. Rehearing denied March 1, 1937.

Thomas J. Courtney, State's Attorney, Julius F. Smietanka, Leon C. Nyka and Ewart Harris, for appellant; Edward E. Fleming and K. M. Milgrom, of counsel. Maximilian J. St. George, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Harry J. Diacou, appellee, v. Fred A. Snow, George J. O'Malley. George J. O'Malley, appellant. Gen. No. 39,189.

Opinion filed February 15, 1937.

William T. Dickerman, for appellant. Reuben S. and William L. Flacks, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Julius Browdy, appellant, v. Julian Black, appellee. Gen. No. 39,200.

Opinion filed February 15, 1937.

James J. Trainor and Robert J. Rafferty, for appellant. Irvin C. Mollison, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Anna M. Hintz, appellee, v. Ridgewood Cemetery Company, appellant. Gen. No. 39,210.